UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | DAVID M HENDERSON |
| **Case Number:** | 13-00248-MM13    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 07, 2013 03:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

MOTION TO QUASH WRIT OF POSSESSION FILED BY DEBTOR (fr. 2/7/13)

### Appearances:

MICHAEL ALFRED, ATTORNEY FOR DAVID HENDERSON
PETER SINGER, ATTORNEY FOR TAEHEUM TRADING, INC.

### Disposition:

Denied.  Tentative ruling sustained.