# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | DAVID M HENDERSON |
| **Case Number:** | 13-00248-MM13   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 04, 2013 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

MOTION FOR RELIEF FROM STAY, RS #FS-1 FILED BY TAEHEUM TRADING, INC.

### Appearances:

MICHAEL ALFRED, ATTORNEY FOR DAVID HENDERSON
FRANCO SIMONE, ATTORNEY FOR TAEHEUM TRADING, INC.

### Disposition:

Granted on a prospectus basis. Order to be prepared and submitted by movant. Oral ruling read into the record.

Hearing scheduled for 4/16 reset to 5/9/13 @ 10:00 AM. Response to be submitted by 4/25/13, with reply due by 5/2/13.